IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| Samara Jackson<br><br>　　　　Plaintiff,<br><br>v.<br><br>3 Bridge Solutions, LLC,[1]<br><br>　　　　Defendant. | Case No:_____<br><br>**NOTICE OF REMOVAL<br>OF DEFENDANT<br>3 BRIDGE SOLUTIONS, LLC** |

Defendant 3 Bridge Solutions, LLC, ("3 Bridge") hereby removes the above-captioned case from the Florida Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County to the United States District Court for the Middle District of Florida, Tampa Division. Removal is proper upon the following grounds:

**BACKGROUND & PROCEDURAL REQUIREMENTS**

1.　On July 23, 2021, Plaintiff Samara Jackson ("Plaintiff") filed this civil action in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida. Plaintiff served a Summons and Complaint on 3 Bridge on or about September 30, 2021.

---

[1] Plaintiff improperly designated the Plaintiff as "Threebridge Solutions, LLC" in the circuit court complaint, but the proper corporate name is "3 Bridge Solutions, LLC".

2. A copy of each paper filed or served in the state court action is attached as **Exhibit A**. *See* 28 U.S.C. § 1446(a) and M.D. Fla Loc. R. 1.06(b). These documents are the only papers filed or served in the state court action.

3. Counsel who appeared in the state court action:

| | |
|---|---|
| W. John Gadd, Esq. | Kyle J. Lee |
| Florida Bar No.: 463061 | Florida Bar No.: 105321 |
| Bank of America Building | Lee Law, PLLC |
| 2727 Ulmerton Road | 1971 West Lumsden Road |
| Suite 250 | Suite 303 |
| Clearwater, FL 33762 | Brandon, FL 33511 |
| Telephone: (727) 524-6300 | Telephone: (813) 343-2813 |
| Email: wjg@mazgadd@com | Email: Kyle@KyleLeeLaw.com |
| | Secondary: Info@KyleLeeLaw.com |

4. The Complaint asserts one cause of action against 3 Bridge: Race Discrimination under 42 U.S.C. § 1981. Complaint, ¶ 59.

5. Plaintiff alleges that 3 Bridge discriminated against her in, among other things, requiring her to discontinue remote work and return to physically work in the office. Complaint, ¶¶ 25, 31.

6. This Court is the United States District Court for the district and division in which the state court action is pending. Venue for this removal is proper. *See* 28 U.S.C. §§ 1441(a) and 1446(a).

7. 3 Bridge filed its original Notice of Removal within 30 days after being served with process in the state court action on September 30, 2021. 3 Bridge's removal was therefore timely. *See* 28 U.S.C. § 1446(b).

8. 3 Bridge is serving this Notice of Removal on Plaintiff's counsel and 3 Bridge will file a Notice of Filing Notice of Removal with the clerk of the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, with a copy of this Notice of Removal appended thereto. *See* 28 U.S.C. § 1446(d).

## JURISDICTION

9. A defendant has the right to remove a state court action to a federal district court that has original jurisdiction over the action. *See* 28 U.S.C. § 1441.

10. Here, Plaintiff asserts one cause of action under federal law. Specifically, Plaintiff alleges violations of 42 U.S.C. § 1981. *See* Complaint, ¶ 59. The Court has original jurisdiction over this claim pursuant to 28 U.S.C. § 1331.

## NON-WAIVER OF DEFENSES

11. By this Notice of Removal, 3 Bridge does not waive any defenses that may be available, including, without limitation, Plaintiff's failure to state a claim or any other defense.

12. By this Notice of Removal, 3 Bridge does not admit any of the allegations in Plaintiff's Complaint.

## CONCLUSION

13. For the foregoing reasons, removal is proper and this Court has original jurisdiction over this case.

WHEREFORE, this action is removed from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.

Dated:  October 20, 2021	STEARNS WEAVER MILLER

By   s/Melanie Leitman
Melanie R. Leitman (#091523)
mleitman@stearnsweaver.com
lrussell@stearnsweaver.com
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
Highpoint Center
106 East College Avenue
Suite 700
Tallahassee, Florida 32301
Telephone: (850) 329-4846
Facsimile: (850) 329-4861

And

DORSEY & WHITNEY LLP

Ryan Mick
(*pro hac vice forthcoming*)
mick.ryan@dorsey.com
Trevor Brown
(*pro hac vice forthcoming*)
brown.trevor@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

Attorneys for Defendant
3 Bridge Solutions, LLC

4

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this <u>20th</u> day of October, 2021, a true and accurate copy of the foregoing has been electronically served through the Court's CM/ECF system to all parties of record.

<u>/s/ Melanie Leitman</u><br>
Melanie Leitman